**Rhonda MILLER, Plaintiff–Appellant,**

v.

**ELECTRONIC DATA SYSTEMS CORP; Metropolitan Life Insurance Co, Defendants–Appellees.**

No. 05–41629.

United States Court of Appeals, Fifth Circuit.

Dec. 18, 2006.

William J. Dunleavy, Carrollton, TX, for Plaintiff–Appellant.

Tonya A. Jacobs, Baker & Hostetler, Houston, TX, Linda G. Moore, Frederick Linton Medlin, Kirkpatrick & Lockhart Nicholson Graham, Dallas, TX, for Defendants–Appellees.

Before KING, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.